**YEDA RESEARCH AND
DEVELOPMENT CO.,
LTD., Appellant,**

v.

**ABBOTT GMBH & CO. KG, Appellee.**

No. 2010–1517.

United States Court of Appeals,
Federal Circuit.

Sept. 20, 2010.

James R. Ferguson, Mayer Brown,
LLP, Chicago, IL, for Appellee.

Roger L. Browdy, Browdy And Nei-
mark, PLLC, Washington, DC, for Appel-
lant.

**ON MOTION**

**ORDER**

Upon consideration of the notice of elec-
tion filed by Abbott GmbH & Co. KG
pursuant to 35 U.S.C. § 141,

IT IS ORDERED THAT:

This appeal is dismissed. *See* 35 U.S.C.
§ 141.